PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*
3:05CR00054(JBA)

DOCKET NUMBER *(Rec. Court)*
CR07-071 ML

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Leonard Clark Wells<br>1465 E. Putnam Avenue, Apt. 519<br>Old Greenwich, CT 06870 | CONNECTICUT | BRIDGEPORT |
| | NAME OF SENTENCING JUDGE: The Honorable Janet Bond Arterton | |
| | DATES OF PROBATION: | FROM 11/28/2005 — TO 11/27/2008 |

OFFENSE

Use of a Telephone to Facilitate a Narcotics Felony, in violation of 21 U.S.C. § 843(b)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Rhode Island upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

30 April 2007
*Date*

Janet Bond Arterton
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

5/14/07
Effective Date

Mary M. Lisi
United States District Judge