United States District Court
District of Connecticut
FILED AT NEW HAVEN
7/13/05 20
Kevin F. Rowe, Clerk
By ____
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA :
: No. 3:05CR54(JBA) mmr
:
: VIOLATION:
v. : 21 U.S.C. § 843(b)
: (Use of a Telephone Facility)
:
LEONARD CLARK WELLS, JR. :

SUBSTITUTE INFORMATION

The United States Attorney charges that:

COUNT ONE

On or about January 4, 2005, in the District of Connecticut, LEONARD CLARK WELLS, JR., the defendant herein, knowingly used a communication facility, that is, a telephone, with the intent to facilitate the commission of an act or acts constituting a narcotics felony pursuant to Title 21, United States Code, Section 841(a)(1), that is, the preparation of a controlled substance for distribution.

All in violation of Title 21, United States Code, Section 843(b).

UNITED STATES OF AMERICA

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

H. GORDON HALL
DEPUTY CHIEF, OCDETF

JAMES J. FINNERTY
ASSISTANT UNITED STATES ATTORNEY

I hereby certify that the foregoing is a true copy of the original document on file. Date: 5/23/07

KEVIN F. ROWE
Clerk

By ____
Deputy Clerk