UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
GRAND JURY B-04-1

FILED
2005 MAR -9 P 2:17
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIM. NO. 3:05CR54(JBA) |
| v. | VIOLATIONS: 21 U.S.C.§§ 846 & 841(a)(1) (Conspiracy to Possess with Intent to Distribute and Distribute 50 Grams or More of Cocaine Base); |
| QUINCY HINES, a/k/a "Q," a/k/a "Quince;" | 21 U.S.C.§§ 846 & 841(a)(1) (Conspiracy to Possess with Intent to Distribute and Distribute 100 Grams or More of PCP); |
| VICTORIA ATHIAS, a/k/a "Vic;" | 21 U.S.C. § 841(a)(1) (Possession With Intent to Distribute Cocaine Base); |
| ANDRE CARTER, a/k/a "Dre Carter," a/k/a "Dre;" | 21 U.S.C. § 841(a)(1) (Possession With Intent To Distribute PCP); |
| GABRIEL DOUGLAS, a/k/a "Gabe;" | 21 U.S.C. § 853 (Criminal Forfeiture). |
| KENNETH EK, a/k/a "Kenny;" | |
| JEREMIAH GILES, a/k/a "Jerry;" | |
| CLIFFORD HUNTER, a/k/a "Boo;" | |
| SHERRANDA HARRIS; | |
| JOHN JOHNSON, a/k/a "Duke," a/k/a "Duke Hardcore," a/k/a "Johnnie Johnson;" | |
| JERMAINE MCCLAIN; | |
| TANGELA MITCHELL, a/k/a "Tange;" | |
| EDGAR MORAN, a/k/a "Eggie;" | |
| KEVIN RIVERA; | |

LAMONT WATTS, :
a/k/a "Spider;" :
:
CLARK WELLS; :
:
LUIS RODRIGUEZ, :
a/k/a "Face;" :
:
YOLANDA ROSARIO; :
:
MICHAEL SMITH, :
a/k/a "Baby Mike." :

INDICTMENT

The Grand Jury charges that:

COUNT ONE

Between in or about December 2004 and continuing until in or about February 2005, in the District of Connecticut and elsewhere, **QUINCY HINES, a/k/a "Q," a/k/a "Quince;" ANDRE CARTER, a/k/a "Dre Carter," a/k/a "Dre;" GABRIEL DOUGLAS, a/k/a "Gabe;" KENNETH EK, a/k/a "Kenny;" CLIFFORD HUNTER, a/k/a "Boo;" JERMAINE MCCLAIN; and CLARK WELLS**, defendants herein, and others known and unknown to the grand jury, did knowingly and intentionally combine, conspire, confederate, and agree together, and with others known and unknown to the Grand Jury, to possess with intent to distribute and to distribute fifty grams or more of a mixture or substance containing a detectible amount of cocaine base, also known as crack cocaine, a Schedule II controlled substance, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

All in violation of Title 21, United States Code, Section 846.

COUNT TWO

Between in or about December 2004 and continuing until in or about February 2005, in the District of Connecticut and elsewhere, **QUINCY HINES, a/k/a "Q," a/k/a "Quince;" VICTORIA ATHIAS, a/k/a "Vic;" ANDRE CARTER, a/k/a "Dre Carter," a/k/a "Dre;" KENNETH EK, a/k/a "Kenny;" JEREMIAH GILES, a/k/a "Jerry;" SHERRANDA HARRIS; JOHN JOHNSON, a/k/a "Duke," a/k/a "Duke Hardcore," a/k/a "Johnnie Johnson;" TANGELA MITCHELL, a/k/a "Tange;" EDGAR MORAN, a/k/a "Eggie;" KEVIN RIVERA; LUIS RODRIGUEZ, a/k/a "Face;" YOLANDA ROSARIO; MICHAEL SMITH, a/k/a "Baby Mike;" and LAMONT WATTS, a/k/a "Spider,"** the defendants herein, and others known and unknown to the grand jury did knowingly and intentionally combine, conspire, confederate, and agree together, and with others known and unknown to the Grand Jury, to possess with intent to distribute and to distribute 100 grams or more of a mixture or substance containing a detectible amount of phencyclidine, also known as PCP, a Schedule III controlled substance contrary to the provisions of Title 21, United States Code, Sections 841(a)(1), and 841(b)(1)(B).

All in violation of Title 21, United States Code, Section 846.

COUNT THREE

On or about February 23, 2005, **QUINCY HINES, a/k/a "Q," a/k/a "Quince,"** the defendant herein, did knowingly and intentionally and unlawfully possess with the intent to distribute a mixture or substance containing cocaine base, also known crack cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT FOUR

On or about February 24, 2005, **JOHN JOHNSON, a/k/a "Duke," a/k/a "Duke Hardcore," a/k/a "Johnnie Johnson,"** the defendant herein, did knowingly, intentionally, and unlawfully possess with the intent to distribute cocaine base, also known as crack cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT FIVE

On or about February 24, 2005, **JOHN JOHNSON, a/k/a "Duke," a/k/a "Duke Hardcore," a/k/a "Johnnie Johnson;" and VICTORIA ATHIAS, a/k/a "Vic,"** the defendants herein, did knowingly, intentionally, and unlawfully possess with the intent to distribute phencyclidine, also known as PCP, a Schedule III controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (a)(1)(D) and Title 18, United States Code, Section 2.

FORFEITURE ALLEGATION

1. Upon conviction of one or more of the controlled substance offenses alleged in Counts One through Three of this Indictment, **QUINCY HINES, a/k/a "Q," a/k/a "Quince,"** the defendant herein, shall forfeit to the United States any and all property constituting and derived from any proceeds the defendant obtained directly and indirectly as a result of the said violations; and any and all property used and intended to be used in any manner and part to commit and to facilitate the commission of the violations alleged in Counts One through Three of this Indictment, including, but not limited to:

(A) $ 11,700.00 in United States Currency;

(B) a Beretta 9mm semi-automatic pistol; and

(C) a 2002 BMW 745, white in color, bearing Vehicle Identification Number WBAGL63452DP54267.

2. In the event that any property described above as being subject to forfeiture, as a result of any act or omission by the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to or deposited with a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

All in accordance with Title 21, United States Code, Section 853(a) and Rule 32.2(a), Fed. R. Crim. Proc.

A TRUE BILL

Catherine Barron
FOREPERSON

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

PETER MARKLE
CHIEF, DRUG TASK FORCE

JAMES J. FINNERTY
ASSISTANT UNITED STATES ATTORNEY

EDWARD T. KANG
ASSISTANT UNITED STATES ATTORNEY

I hereby certify that the foregoing is a true copy of the original document on file. Date: 5/23/07
KEVIN F. ROWE
Clerk
By
Deputy Clerk

I hereby certify that the foregoing is a true copy of the original document on file Date: MAR 09 2005
KEVIN F. ROWE
Clerk
By
Deputy Clerk