CLOSED

# U.S. District Court
# United States District Court for the District of Connecticut (New Haven)
# CRIMINAL DOCKET FOR CASE #: 3:05-cr-00054-JBA-15
# Internal Use Only

Case title: USA v. Hines et al

Date Filed: 03/09/2005
Date Terminated: 12/16/2005

---

Assigned to: Judge Janet Bond Arterton

**Defendant**

**Leonard Clark Wells, Jr.** (15)
*TERMINATED: 12/16/2005*

represented by **Peter J. Schaffer**
1127 High Ridge Rd.
PMB #330
Stamford, CT 06905-1203
203-322-3031
Email: schaffer1law@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**

USE COMMUNICATIONS FACILITY - NARCOTIC - DISTRIBUTE - Use of Telephone Facility
(1s)

**Disposition**

Defendant shall be placed on probation for a total term of 36 months. The Mandatory and Standard Conditions of Probation are imposed. In addition, the following Special Conditions are imposed: 1. Defendant shall participate in

mental health and substance abuse treatment and testing programs, either in patient or out patient as approved by the USPO. 2. Defendant shall pay all, or a portion of the costs associated with treatment, based on the defendant's ability to pay as determined by USPO. 3. Defendant shall perform 250 hours of community service at a minimum of 7 hours per month, as approved by USPO. Defendant shall seek and maintain employment and/or vocational/educational training, as approved by USPO. 5. Defendant shall have no involvement nor relationship with nor be in the presence of any person who uses, deals with or distributes drugs, nor shall he be in the presence of any actual usage of, dealing in or distribution of drugs of any nature. 6. Fine waived. A special assessment of $100.00 is imposed.

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE | Dismissed on Motion of Government |

(1)

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| 21:844A=NP.M | |

---

**Notice**

**USCA** represented by **USCA**
40 Foley Square
New York, NY 10007
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

---

**Plaintiff**

**USA** represented by **Edward T. Kang**
U.S. Attorney's Office-NH
157 Church St., 23rd floor
New Haven, CT 06510
203-821-3700
Fax: 203-773-5378
Email: edward.kang@usdoj.gov

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Joseph Finnerty, III**
U.S. Attorney's Office-BPT
915 Lafayette Blvd. Room 309
Bridgeport, CT 06604
203-696-3000

Fax: 203-579-5550
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin J. O'Connor**
U.S. Attorney's Office-NH
157 Church St., 23rd floor
New Haven, CT 06510
203-821-3726
Fax: 203-773-5376
Email:
kevin.oconnor@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter D. Markle**
U.S. Attorney's Office-NH
157 Church St., 23rd floor
New Haven, CT 06510
203-821-3700
Email: Peter.Markle@usdoj.gov

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/24/2005 | 113 | MOTION to Seal by USA as to Quincy Hines, Victoria Athias, Andre Carter, Gabriel Douglas, Kenneth Ek, Jeremiah Giles, Clifford Hunter, Sherranda Harris, John Johnson, Jermaine McClain, Tangela Mitchell, Kevin Rivera, Lamont Watts, Clark Wells, Luis Rodriguez, Yolanda Rosario, Michael Smith. (Barrille, J.) (Entered: 04/07/2005) |
| 02/24/2005 | 114 | ENDORSEMENT ORDER granting [113] Motion to Seal as to Quincy Hines (1), Victoria Athias (2), Andre Carter (3), Gabriel Douglas (4), Kenneth Ek (5), Jeremiah Giles (6), Clifford Hunter (7), Sherranda |

| | | |
|---|---|---|
| | | Harris (8), John Johnson (9), Jermaine McClain (10), Tangela Mitchell (11), Kevin Rivera (13), Lamont Watts (14), Clark Wells (15), Luis Rodriguez (16), Yolanda Rosario (17), Michael Smith (18). Signed by Judge William I. Garfinkel on 2/23/2005. (Barrille, J.) (Entered: 04/07/2005) |
| 02/24/2005 | 178 | CJA 20 as to Clark Wells: Appointment of Attorney Peter J. Schaffer for Clark Wells . Signed by Clerk on 6/3/05. (Barrille, J.) (Entered: 06/03/2005) |
| 03/09/2005 | 12 | INDICTMENT returned before Holly B. Fitzsimmons.Returned before grand jury number B-04-1 Bridgeport Rotation, Warrants to issue, as to Quincy Hines (1) count(s) 1-2, 3, Victoria Athias (2) count(s) 2, 5, Andre Carter (3) count(s) 1-2, Gabriel Douglas (4) count 1, Kenneth Ek (5) count(s) 1-2, Jeremiah Giles (6) count 2, Clifford Hunter (7) count 1, Sherranda Harris (8) count 2, John Johnson (9) count 2, 4-5, Jermaine McClain (10) count 1, Tangela Mitchell (11) count 2, Edgar Moran (12) count 2, Kevin Rivera (13) count 2, Lamont Watts (14) count 2, Clark Wells (15) count 1, Luis Rodriguez (16) count 2, Yolanda Rosario (17) count 2, Michael Smith (18) count 2. (S-Barrille, J.) (Entered: 03/22/2005) |
| 03/21/2005 | 54 | Minute Entry for proceedings held before Magistrate Judge Joan G. Margolis :Arraignment as to Clark Wells (15) Count 1 held on 3/21/2005, Plea entered by Clark Wells (15) Count 1. by Clark Wells Not Guilty on counts 1. (Tape) (Villano, P.) (Entered: 04/01/2005) |
| 03/21/2005 | 55 | CJA 23 Financial Affidavit by Clark Wells (Villano, P.) (Entered: 04/01/2005) |
| 03/21/2005 | 56 | SCHEDULING ORDER as to Quincy Hines, Victoria Athias, Andre Carter, Kenneth Ek, Sherranda Harris, Jermaine McClain, Tangela Mitchell, Kevin Rivera, Lamont Watts, Clark Wells, Edgar Moran Substantive Motions due 4/4/05 Government Response due |

| | | |
|---|---|---|
| | | 4/18/05 Jury Selection set for 5/4/2005 09:00 AM in Courtroom Two, 141 Church St., New Haven, CT before Judge Janet Bond Arterton.. Signed by Magistrate Judge Joan G. Margolis on 3/21/05. (Villano, P.) (Entered: 04/01/2005) |
| 03/28/2005 | 62 | ATTORNEY APPEARANCE Edward T. Kang appearing for USA (Villano, P.) (Entered: 04/01/2005) |
| 03/29/2005 | 451 | USM Return of Service on Warrant executed as to Leonard Clark Wells, Jr on 3/21/05 (Villano, P.) (Entered: 11/09/2005) |
| 04/07/2005 | 116 | NOTICE OF E-FILED CALENDAR as to Quincy Hines, Victoria Athias, Andre Carter, Gabriel Douglas, Kenneth Ek, Jeremiah Giles, Clifford Hunter, Sherranda Harris, John Johnson, Jermaine McClain, Tangela Mitchell, Kevin Rivera, Lamont Watts, Clark Wells, Luis Rodriguez, Yolanda Rosario, Michael Smith, Edgar Moran: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Status Conference set for 4/27/2005 10:00 AM in Courtroom Two, 141 Church St., New Haven, CT before Judge Janet Bond Arterton. (Torday, B.) (Entered: 04/07/2005) |
| 04/27/2005 | 157 | Minute Entry for proceedings held before Judge Janet Bond Arterton :Scheduling/Status Conference as to Quincy Hines, Victoria Athias, Andre Carter, Gabriel Douglas, Kenneth Ek, Jeremiah Giles, Clifford Hunter, Sherranda Harris, John Johnson, Jermaine McClain, Tangela Mitchell, Kevin Rivera, Lamont Watts, Clark Wells, Luis Rodriguez, Yolanda Rosario, Michael Smith, Edgar Moran held on 4/27/2005 Pretrial Conference set for 6/15/2005 02:30 PM in Courtroom Two, 141 Church St., New Haven, CT before Judge Janet Bond Arterton. (Court Reporter S. |

| | | |
|---|---|---|
| | | Montini.) (Torday, B.) (Entered: 04/28/2005) |
| 06/21/2005 | 213 | Minute Entry for proceedings held before Judge Janet Bond Arterton :Status Conference as to Quincy Hines, Victoria Athias, Andre Carter, Gabriel Douglas, Clifford Hunter, Sherranda Harris, John Johnson, Jermaine McClain, Kevin Rivera, Lamont Watts, Clark Wells, Luis Rodriguez, Michael Smith, Edgar Moran held on 6/21/2005 Jury Selection set for 9/7/2005 09:00 AM in Courtroom Two, 141 Church St., New Haven, CT before Judge Janet Bond Arterton. Jury Trial set for 9/12/2005 09:00 AM in Courtroom Two, 141 Church St., New Haven, CT before Judge Janet Bond Arterton. Pretrial Conference set for 8/25/2005 02:00 AM in Courtroom Two, 141 Church St., New Haven, CT before Judge Janet Bond Arterton. Voir Dire and request to charge due 8/25/05(Court Reporter S. Montini.) (Torday, B.) (Entered: 06/22/2005) |
| 06/29/2005 | 216 | SCHEDULING ORDER as to Quincy Hines, Victoria Athias, Andre Carter, Gabriel Douglas, Clifford Hunter, Sherranda Harris, John Johnson, Jermaine McClain, Kevin Rivera, Lamont Watts, Clark Wells, Luis Rodriguez, Michael Smith, Edgar Moran Proposed Voir Dire Questions due 8/25/05 Proposed Jury Instructions due 8/25/05 Length of Trial 3 weeks Jury Trial set for 9/12/2005 09:00 AM in Courtroom Two, 141 Church St., New Haven, CT before Judge Janet Bond Arterton. Jury Selection set for 9/7/2005 09:00 AM in Courtroom Two, 141 Church St., New Haven, CT before Judge Janet Bond Arterton. FINAL pretrial conference set for 8/25/05 2:00pm. Signed by Judge Janet Bond Arterton on 6/29/05. (Torday, B.) (Entered: 06/29/2005) |
| 07/13/2005 | 259 | Substitute INFORMATION as to Leonard Clark Wells, Jr (15) count(s) 1s. (Ruocco, M.) (Entered: 07/15/2005) |

| | | |
|---|---|---|
| 07/13/2005 | 260 | WAIVER OF INDICTMENT by Leonard Clark Wells, Jr (Ruocco, M.) (Entered: 07/15/2005) |
| 07/13/2005 | 261 | PLEA AGREEMENT as to Leonard Clark Wells, Jr (Ruocco, M.) (Entered: 07/15/2005) |
| 07/13/2005 | 262 | Petition to Enter Plea of Guilty as to Leonard Clark Wells, Jr (Ruocco, M.) (Entered: 07/15/2005) |
| 07/13/2005 | 263 | FINDINGS AND RECOMMENDATIONS on a Plea of Guilty as to Leonard Clark Wells, Jr. Signed by Judge Joan G. Margolis on 7/13/05. (Ruocco, M.) (Entered: 07/15/2005) |
| 07/13/2005 | 264 | MOTION for Leave for Law Student to Appear: Joseph Murolo by USA as to Leonard Clark Wells, Jr. (Ruocco, M.) (Entered: 07/15/2005) |
| 07/13/2005 | 265 | Endorsement ORDER granting 264 Motion for Leave for Law Student Joseph Murolo to Appear as to Leonard Clark Wells Jr. (15). Signed by Judge Joan G. Margolis on 7/13/05. (Ruocco, M.) (Entered: 07/15/2005) |
| 07/13/2005 | | Special Assessment Payment by Leonard Clark Wells, Jr in the amount of $100.00. Receipt #N016021. Full payment. (Carfora, C.) (Entered: 07/15/2005) |
| 07/13/2005 | 266 | Minute Entry for proceedings held before Judge Joan G. Margolis :Change of Plea Hearing as to Leonard Clark Wells, Jr held on 7/13/2005, Plea entered by Leonard Clark Wells Jr. (15) Guilty Count 1s. Sentencing set for 10/3/2005 10:00 AM in Courtroom Two, 141 Church St., New Haven, CT before Judge Janet Bond Arterton. Oral motion by Wells for Release Pending Sentencing granted. Bond continued.(Court Reporter K. Falcone/ECRO.) (Ruocco, M.) (Entered: 07/15/2005) |
| 07/13/2005 | 267 | SENTENCING SCHEDULING ORDER as to Leonard Clark Wells, Jr PSI due 8/24/05, Objections to PSI due 9/6/05, 2nd PSI due 9/13/05, Memo in aid |

| | | |
|---|---|---|
| | | of sentencing due 9/20/05, Government Response due 9/27/05 Sentencing set for 10/3/2005 10:00 AM in Courtroom Two, 141 Church St., New Haven, CT before Judge Janet Bond Arterton.Signed by Judge Joan G. Margolis on 7/13/05. (Ruocco, M.) (Entered: 07/15/2005) |
| 07/14/2005 | 269 | ORDER OF REFERRAL OF PLEA HEARING TO A MAGISTRATE JUDGE as to Leonard Clark Wells, Jr . Signed by Judge Janet Bond Arterton on 7/14/05. (Moore, P.) (Entered: 07/18/2005) |
| 07/15/2005 | 268 | ORDER APPROVING AND ADOPTING as to Leonard Clark Wells, Jr re 263 Findings and Recommendations . Signed by Judge Janet Bond Arterton on 7/14/05. (Torday, B.) (Entered: 07/18/2005) |
| 08/18/2005 | 300 | SCHEDULING ORDER as to Quincy Hines, Victoria Athias, Andre Carter, Gabriel Douglas, Kenneth Ek, Jeremiah Giles, Clifford Hunter, Sherranda Harris, John Johnson, Jermaine McClain, Tangela Mitchell, Kevin Rivera, Lamont Watts, Leonard Clark Wells, Jr, Luis Rodriguez, Yolanda Rosario, Michael Smith, Edgar Moran Proposed Voir Dire Questions due 8/26/05 Proposed Jury Instructions due 8/26/05 Length of Trial 1 week; Final pretrial conference set for 8/25/05 at 2:00 pm. Jury Trial set for 9/12/2005 09:00 AM in Courtroom Two, 141 Church St., New Haven, CT before Judge Janet Bond Arterton. Jury Selection set for 9/7/2005 09:00 AM in Courtroom Two, 141 Church St., New Haven, CT before Judge Janet Bond Arterton.. Signed by Judge Janet Bond Arterton on 8/17/05. (Torday, B.) (Entered: 08/18/2005) |
| 08/24/2005 | 314 | TRANSCRIPT of Proceedings as to Leonard Clark Wells, Jr held on 7/13/05 before Judge Margolis. Court Reporter: Falcone, ECRO. (Jefferson, V.) (Entered: 08/24/2005) |

| | | |
|---|---|---|
| 09/08/2005 | 362 | MOTION to Continue Sentencing for 45 days by Leonard Clark Wells, Jr. (Villano, P.) (Entered: 09/09/2005) |
| 09/28/2005 | 387 | ENDODRSEMENT AND SUPPLEMENTAL SENTENCING ORDER granting 362 Motion to Continue as to Leonard Clark Wells Jr. (15). Sentencing is rescheduled to 11/28/05 at 2:00 p.m.. Signed by Judge Janet Bond Arterton on 9/28/05. (Villano, P.) (Entered: 09/30/2005) |
| 09/28/2005 | | Reset Hearings as to Leonard Clark Wells, Jr: Sentencing set for 11/28/2005 02:00 PM in Courtroom Two, 141 Church St., New Haven, CT before Judge Janet Bond Arterton. (Villano, P.) (Entered: 09/30/2005) |
| 11/10/2005 | 452 | NOTICE OF E-FILED CALENDAR as to Leonard Clark Wells, Jr: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Sentencing set for 11/28/2005 02:00 PM in Courtroom Two, 141 Church St., New Haven, CT before Judge Janet Bond Arterton. Final PSR due 11/10/05, Sentencing memo due 11/16/05, any reply due 11/23/05.(Torday, B.) (Entered: 11/10/2005) |
| 11/16/2005 | 461 | SENTENCING MEMORANDUM by Leonard Clark Wells, Jr (Torday, B.) (Entered: 11/17/2005) |
| 11/16/2005 | 462 | Sealed Document by Leonard Clark Wells, Jr - Filed separately from case file. (Torday, B.) (Entered: 11/17/2005) |
| 11/28/2005 | 487 | Minute Entry for proceedings held before Judge Janet Bond Arterton :Sentencing as to Leonard Clark Wells, Jr held on 11/28/2005 Total Time: 1 hours and 30 minutes(Court Reporter S. Montini.) (Torday, B.) (Entered: 11/29/2005) |

| | | |
|---|---|---|
| 11/28/2005 | 499 | Sealed Document by Leonard Clark Wells, Jr - Filed separately from case file. (Torday, B.) (Entered: 12/05/2005) |
| 12/06/2005 | 507 | MOTION for Acceptance of Responsibility under U.S.S.G.3E.1. by USA as to Leonard Clark Wells, Jr. (Torday, B.) (Entered: 12/07/2005) |
| 12/06/2005 | 508 | MOTION to Dismiss Indictment by USA as to Leonard Clark Wells, Jr. (Torday, B.) (Entered: 12/07/2005) |
| 12/16/2005 | 526 | ORDER granting 508 Motion to Dismiss as to Leonard Clark Wells Jr. (15). Signed by Judge Janet Bond Arterton on 12/16/05. (Torday, B.) (Entered: 12/16/2005) |
| 12/16/2005 | 527 | ORDER granting 507 Motion for Acceptance of Responsibility as to Leonard Clark Wells Jr. (15). Signed by Judge Janet Bond Arterton on 12/16/05. (Torday, B.) (Entered: 12/16/2005) |
| 12/16/2005 | 530 | JUDGMENT as to Leonard Clark Wells, Jr. (15), Count 1s, Defendant shall be placed on probation for a total term of 36 months. The Mandatory and Standard Conditions of Probation are imposed. In addition, the following Special Conditions are imposed: 1. Defendant shall participate in mental health and substance abuse treatment and testing programs, either in patient or out patient as approved by the USPO. 2. Defendant shall pay all, or a portion of the costs associated with treatment, based on the defendant's ability to pay as determined by USPO. 3. Defendant shall perform 250 hours of community service at a minimum of 7 hours per month, as approved by USPO. Defendant shall seek and maintain employment and/or vocational/educational training, as approved by USPO. 5. Defendant shall have no involvement nor relationship with nor be in the presence of any person who uses, deals with or distributes drugs, nor shall he be in the presence of |

| | | |
|---|---|---|
| | | any actual usage of, dealing in or distribution of drugs of any nature. 6. Fine waived. A special assessment of $100.00 is imposed. . Signed by Judge Janet Bond Arterton on 12/15/05. (Inferrera, L.) (Entered: 12/16/2005) |
| 12/16/2005 | 531 | PRESENTENCE INVESTIGATION REPORT (Sealed) as to Leonard Clark Wells, Jr (Jefferson, V.) (Entered: 12/19/2005) |
| 01/26/2006 | | CJA 20 as to Leonard Clark Wells, Jr: Authorization to Pay Peter J. Schaffer, Esq.. Amount: $ 9,654.80, Voucher # 051221000042. [178] CJA 20 - Appointment Final payment. Certified by USCA. Signed by Judge Janet Bond Arterton on 1/26/06. (Villano, P.) (Entered: 03/03/2006) |
| 02/01/2006 | | Pre Sentence Investigation Report Returned to USPO as to Leonard Clark Wells, Jr (Jefferson, V.) (Entered: 02/01/2006) |
| 02/02/2006 | 585 | Acknowledgement of Receipt re Leonard Clark Wells, Jr re PSI Returned to USPO (Jefferson, V.) (Entered: 02/02/2006) |
| 05/23/2007 | 734 | Probation Jurisdiction Transferred to District of Rhode Island as to Leonard Clark Wells, Jr Transmitted Transfer of Jurisdiction form, with certified copies of indictment, Substitute Information, judgment and docket sheet. (Jefferson, V.) (Entered: 05/23/2007) |

I Hereby certify that the foregoing is a true copy of the original document on file. Date: 5/23/07
KEVIN F. ROWE
Clerk
By [signature]
Deputy Clerk